# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**PAMELA BELL**                                             **PLAINTIFF**

**v.**                    **CASE NO. 3:15-CV-00311 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                       **DEFENDANT**

## ORDER

The recommended disposition [Doc. No. 13] submitted by United States Magistrate Judge Patricia S. Harris has been received along with plaintiff Pamela Bell's objections [Doc. No. 14]. After independent review of the record, the recommended disposition is adopted in its entirety. Accordingly, Bell's complaint is dismissed with prejudice.

IT IS SO ORDERED this 5th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE