IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PAMELA BELL**                                                                                  **PLAINTIFF**

**v.**                      **CASE NO. 3:15-CV-00311 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                     **DEFENDANT**

**JUDGMENT**

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of December 2016.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE